CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Francisco Cardenas-Bustos**<br>YOB: 1971; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-07355MJ |

Complaint for violation of Title 8, United States Code Section 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about April 4, 2026, at or near Douglas, in the District of Arizona, **Francisco Cardenas-Bustos**, an alien, entered the United States of America from Mexico at a time or place other than as assigned by immigration officials of the United States of America in violation of Title 8, United States Code Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Francisco Cardenas-Bustos** is a citizen of Mexico. On April 4, 2026, agents found **Francisco Cardenas-Bustos** in the United States at or near Douglas, Arizona, without the proper immigration documents. **Francisco Cardenas-Bustos** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to apply for admission to the United States. Furthermore, **Francisco Cardenas-Bustos** admitted to illegally entering the United States of America from Mexico on or about April 4, 2026, at or near Douglas, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Carlo A. Moreno |
|---|---|

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1) | DATE<br>April 7, 2026 |
|---|---|

[1)    See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Hopkins